UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA FLORES,<br><br>      Plaintiff,<br><br>    v.<br><br>THE CITY OF NEW YORK, a municipal entity, POLICE OFFICERS JOHN DOE and RICHARD ROE (names and number of whom are unknown at present), and other unidentified members of the New York City Police Department, New York City Police Supervisors and Commanders RICHARD ROES 1-50,<br><br>      Defendants. | No. 25-CV-4150 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

  Plaintiff filed this § 1983 complaint, alleging false arrest, excessive force, and malicious prosecution on May 16, 2025. On May 23, 2025, Plaintiff was informed that the case was designated for inclusion in the Southern District of New York's Local Civil Rule 83.10, formerly known as the Section 1983 Plan. Under this Rule, at the same time a plaintiff serves the City of New York (the "City") with the complaint and summons, she is also required to serve certain additional documents, including a waiver of the sealed records of the arrest that is the subject of the complaint ("§ 160.50 Release"). *See* Local Civil Rule 83.10(a). The Plan also prescribes the deadline by which Defendants must answer the complaint once the City has been served with all required documents. *See* Local Civil Rule 83.10(c).

  Although the docket reflects that the City has appeared, it does not reflect whether Plaintiff has served it with the required § 160.50 Release, nor does it give any indication that the City has contacted Plaintiff to request the release, as it is required to do. *See* Local Civil Rule 83.10(b). Nor has the City answered the complaint to date. Accordingly, it is hereby ordered that the City send a letter to Plaintiff's counsel requesting the § 160.50 Release by August 27, 2025. Furthermore, the parties shall submit a letter informing the Court whether Plaintiff has provided the City with this release, and, if not, the

expected date by which it will be provided. The City shall respond to the complaint, consistent with the deadlines set forth in the Local Rule, once Plaintiff has submitted all required documents.

SO ORDERED.

Dated:     August 20, 2025
              New York, New York

_____
Ronnie Abrams
United States District Judge